# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132223

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MONIKA LATEACE McCAIN,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132223
COA: 271687
Kent CC: 05-006358-FC

On order of the Court, the application for leave to appeal the August 23, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

t1218